# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| AMANI EISSA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CV407-164 |
| CITY OF SAVANNAH, and JAY SELF, *in his individual and official capacities*, | ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 24th day of July, 2008.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA